NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1589

BIOLUMIX, INC.,
GIDEON EDEN, and RUTH EDEN,

Plaintiffs-Appellees,

v.

CENTRUS INTERNATIONAL, INC.,

Defendant-Appellant.

Peter M. Falkenstein, Jaffe, Raitt, Heuer & Weiss P.C., of Ann Arbor, Michigan, argued for plaintiffs-appellees. With him on the brief was David S. McDaniel, of Southfield, Michigan.

Toni L. Harris, Fraser Trebilcock Davis & Dunlap, P.C., of Lansing, Michigan, argued for defendant-appellant. With her on the brief was Mark R. Fox.

Appealed from: United States District Court for the Eastern District of Michigan

Judge Arthur J. Tarnow

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1589

BIOLUMIX, INC.,
GIDEON EDEN, and RUTH EDEN,

Plaintiffs-Appellees,

v.

CENTRUS INTERNATIONAL, INC.,

Defendant-Appellant.

# Judgment

ON APPEAL from the    United States District Court for the Eastern District of Michigan

In CASE NO(S).        08-CV-11418.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, LINN, and PROST, <u>Circuit Judges</u>).

<u>**AFFIRMED.**</u>  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

*DATED*  <u>May 7, 2009</u>              <u>/s/ Jan Horbaly</u>
                              *Jan Horbaly, Clerk*